IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                    CASE NO. 4:06-CR-00053 (6) JLH

AMJAD MUTIE KATTOM                                          DEFENDANT

### ORDER

Defendant through his attorney Lott Rolfe, IV has motioned the Court to be released from electronic monitoring. There are no objections from Assistant United States Atorney Joe Volpe or United States Pretrial Services Officer Gregg Jumper. Therefore, the Court finds the motion should be GRANTED.

Defendant's bond is modified to remove the condition of electronic monitoring.

IT IS SO ORDERED this 7th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE